```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACILYN SEVERANCE, ) | 1:04-cv-6549 AWI TAG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from August 1, 2005 to September 1, 2005.

///
///
///
///
///
///

1

This is the defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: July 28, 2005

/s/ Gina M. Fazio
(As authorized via facsimile)
GINA M. FAZIO
Attorney for Plaintiff

Dated: July 29, 2005        McGREGOR W. SCOTT
                            United States Attorney


                            /s/ Kristi C. Kapetan
                            KRISTI C. KAPETAN
                            Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 8, 2005**              **/s/ Theresa A. Goldner**
j6eb3d                            UNITED STATES MAGISTRATE JUDGE