```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACILYN SEVERANCE,<br><br>          Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br>          Defendant. | 1:04-CV-6549 AWI TAG<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

The purpose of the remand is to offer Plaintiff a new hearing and decision.

On remand, the Appeals Council will direct an Administrative Law Judge ("ALJ") to take the following action:

1. The ALJ will obtain updated evidence from Plaintiff's treating mental health providers and reevaluate Plaintiff's mental impairments.

2. The ALJ will obtain testimony from a medical expert in psychology or psychiatry to resolve conflicts in the medical

1  evidence, and clarify whether Plaintiff's condition meets or equals
2  a listing.  If a listing is met or equaled, the medical advisor will
3  assist the ALJ in identifying the appropriate onset date.  If a
4  listing is not met or equaled, the medical advisor will identify
5  Plaintiff's mental functional limitations.
6      3.   The ALJ will also reevaluate the opinions of Drs.
7  Cunningham and Payne, pursuant to 20 C.F.R. § 416.929 and SSRs 96-2p
8  and 96-5p.
9      4.   If needed, the ALJ may obtain a consultative orthopedic or
10 neurological examination and/or testimony from a medical advisor to
11 interpret the test results and clarify the limitations that result
12 from Plaintiff's physical impairments.
13     5.   The ALJ will further evaluate Plaintiff's physical residual
14 functional capacity in light of the abnormal nerve conduction
15 studies of August 2003 and June 2004.

                              Respectfully submitted,

Dated: August 25, 2005        /s/ Gina M. Fazio
                              (As authorized via facsimile)
                              GINA M. FAZIO
                              Attorney for Plaintiff

Dated: August 29, 2005        McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: August 29, 2005        Theresa A. Goldner
                              UNITED STATES MAGISTRATE JUDGE